El Pueblo de Puerto Rico, demandante y apelado, *v.* Felipe Escobar, acusado y apelante.

No. 3070.—*Visto:* Febrero 3, 1927. *Resuelto:* Febrero 11, 1927.

Alteración de la Paz—Denuncia—Alegación Respecto a Haberse Perturbado la Paz de un Vecindario o Persona—Cuándo es Innecesaria.—Si bien es un requisito genérico de todo delito de alterar la paz pública que sea perturbada la de algún vecindario o persona particular, no es necesaria esa alegación en las denuncias o acusaciones cuando tal perturbación o alteración salta del mismo hecho imputado en aquellas.

Sentencia de *Pablo Berga,* J. (San Juan), condenando al acusado por delito de Alterar la Paz (art. 371 del Código Penal). *Confirmada.*

*Lucien Longchamps,* abogado del apelante; *José E. Figueras,* abogado de *El Pueblo,* apelado.

El Juez Asociado Señor Aldrey, emitió la opinión del tribunal.

La denuncia en este caso imputa al apelante la comisión de un delito de alterar la paz pública especificado en el artículo 371 del Código Penal porque en determinada fecha ilegal, voluntaria y maliciosamente penetró en forma violenta en la casa habitación de María Isabel Ayala, tirando los muebles de ésta a la calle y cerrando después con un candado, todo hecho en contra de la voluntad de la referida María Isabel Ayala; y alega el apelante que esa denuncia no contiene hechos constitutivos de alterar la paz pública porque no dice que fué alterada la paz del vecindario o de alguna persona y que como esa alegación es genérica para todos los delitos de alterar la paz hay necesidad de hacerla en este caso.

Si bien es requisito genérico de todo delito de alterar la paz pública que haya sido perturbada la de algún vecindario, o persona particular, puesto que hay hechos que sin esa circunstancia no constituyen delito, sin embargo, no siempre es necesaria esa alegación en las denuncias o en las acusaciones porque tal alteración de la paz de algún vecindario o de alguna persona salta del mismo hecho imputado en la acusación, como ocurre en el presente caso en el que si bien no se dice expresamente que se turbó la paz de María Isabel Ayala, tal alegación surge del mismo hecho imputado, pues si el acusado en forma violenta penetró en la casa habitación de ella tirando sus muebles a la calle, cerrando después la casa con un candado y todo lo hizo contra la expresa voluntad de María Isabel Ayala, es lógico deducir de esos hechos que su paz fué alterada por realizarse contra su voluntad.

Resuelto el único motivo en que se funda este recurso, *debe ser confirmada la sentencia apelada.*